No. 192.  ODDO *v.* UNITED STATES; and

No. 208.  DE NORMAND ET AL. *v.* UNITED STATES.  October 15, 1945.  Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioners *pro se.*  *Acting Solicitor General Judson, Messrs. W. Marvin Smith, Robert S. Erdahl* and *Leon Ulman* for the United States.  Reported below: No. 208, 149 F. 2d 622.

No. 256.  SEKT *v.* JUSTICE'S COURT.  October 22, 1945. Petition for writ of certiorari to the Supreme Court of California denied.  *Mr. Alan W. Davidson* for petitioner. *Robert W. Kenny,* Attorney General of California, for respondent.

No. 298.  FRIED *v.* UNITED STATES.  October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Melvin A. Albert* for petitioner.  *Acting Solicitor General Judson, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 300.  ALOISIO ET AL. *v.* UNITED STATES;

No. 331.  CERONE *v.* UNITED STATES; and

No. 332.  CERONE ET AL. *v.* UNITED STATES.  October 22, 1945.  Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. James C. Leaton* for petitioners in No. 300.  *Messrs. Gerald T. Wiley, Victor E. LaRue* and *Eugene A. Tappy* for petitioners in Nos. 331 and 332.  *Acting Solicitor General Judson* and *Mr. Robert S. Erdahl* for the United States.  Reported below: 150 F. 2d 382.